UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NATA BOB,

                Plaintiff *Pro Se*,

  - v-

SCIBAL ASSOCIATES, INC. and PATRICIA BURKE,

                Defendants.
------------------------------------------------------------------X

Case No. 13 Civ. 5747 (AJN) (SN)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law, Declaration with exhibits annexed hereto, the undersigned will move this Court, pre-answer, at the United States District Court, Southern District of New York before the Honorable Judge Alison J. Nathan, at the Courthouse thereof, located at 40 Foley Square, Courtroom 906, New York, New York 10007, on a date to be chosen by the Court, at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel can be heard for an Order pursuant to FRCP Rule 12(b)(6), dismissing the Plaintiff's causes of action against Defendants SCIBAL ASSOCIATES, INC. and PATRICIA BURKE based on failure to state a claim.

      In filing and serving this motion, Defendants have complied with Judge Nathan's Special Rules of Practice in Civil Pro Se Cases.

      Upon directive of this Court, opposition papers to this motion shall be served upon counsel for Defendants no later than October 18, 2013, and a reply brief shall be served by the undersigned upon counsel for the plaintiff no later than November 1, 2013.

Dated: New York, New York
         September 20, 2013

349984.1

        By: **_Brian M. Oubre_**
           Brian Oubre, Esq. (BO 9177)
           Clausen Miller, PC
           *Attorneys for Defendants*
           *Scibal Associates, Inc. and Patricia Burke*
           One Chase Manhattan Plaza, 39th Fl.
           New York, NY 10005
           t: (212) 805-3900
           f: (212) 805-3939

TO: <u>VIA ECF AND OVERNIGHT MAIL</u>
      Nata Bob
      *Plaintiff (Pro Se)*
      2055 Valentine Avenue, Apt 2B
      Bronx, New York 10457

349984.1